# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142163 & (27)

SOCIALIST PARTY OF MICHIGAN and
DWAIN C. REYNOLDS III,
       Plaintiffs-Appellants,

v

SC: 142163
COA: 299951
Ingham CC: 10-000867-CZ

SECRETARY OF STATE,
       Defendant-Appellee.

_____/

     On order of the Court, the motion to strike is DENIED. The application for leave to appeal the September 3, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

d0418